# United States District Court
## For The Western District of North Carolina
## Statesville Division

JUAN CARLOS SORTO,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV80-2-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2008, Order.

Signed: August 18, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court